UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Microchip Technology, Inc.**, a Delaware corporation<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>**U.S. Philips Corporation**, a Delaware corporation, and **Philips Electronics North America Corporation**, a Delaware corporation<br>　　　　　　　　Defendants. | No. CIV 01-2090-PHX-PGR<br>(Lead Action)<br><br>No. CIV 03-0272-PHX-PGR<br>(Consolidated)<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Stipulation for Dismissal, and good cause appearing,

IT IS HEREBY ORDERED that the above consolidated matters are DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

DATED: Oct 19, 2004.

　　　　　　　　　　　　　　　　　　　United States District Judge

